**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-4795**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DARLENE STEVENS,

                              Defendant - Appellant.


───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (CR-98-49)

───────────

Submitted:  May 25, 1999          Decided:  June 7, 1999

───────────

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John D. Bryson, WYATT, EARLY, HARRIS & WHEELER, L.L.P., High Point, North Carolina, for Appellant.  Walter C. Holton, Jr., United States Attorney, Robert A.J. Lang, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darlene Stevens pled guilty to interstate travel to promote or facilitate the carrying on of unlawful activity, <u>see</u> 18 U.S.C. § 1952(a)(3) (1994), and received a sixty month sentence. On appeal, she alleges that the district court erred by using the drugs recovered from her apartment for purposes of increasing her base offense level at sentencing, because these drugs were successfully suppressed from evidence. Finding no reversible error, we affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>